**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

KATHERINE WELCH                                                                                  PLAINTIFF

V.                                                                         CIVIL ACTION NO.: 4:06CV190-A

GREENWOOD HEALTH AND
REHABILITATION CENTER, ET AL.                                                      DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on an Order of Dismissal with Prejudice presented by the parties and the Court being advised that the settlement is complete finds that this cause should be dismissed with prejudice.

It is so ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

SO ORDERED this the 12th day of    March   , 2008.


                                                **/s/ Sharion Aycock**
                                              **U.S. DISTRICT JUDGE**